# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

UNITED STATES OF AMERICA

vs

Peter Enns Martens
*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:19–mj–01843

      Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for August 22, 2019 at 10:00 AM before United States Magistrate Judge Diana Song Quiroga at 1300 Victoria, Courtroom 2B, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Sam S. Sheldon
United States Magistrate Judge

Date: **August 15, 2019**