UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Magistrate Court
SSS-SDTX
FILED

AUG 1 5 2019    2A

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA §
§
vs. §   CRIMINAL ACTION NO. 5:19mj01843-1
Peter Enns Martens §
§

### DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, Peter Enns Martens, files this response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

Respectfully submitted,

X _____
DEFENDANT

_____
DATE

_____
ATTORNEY FOR DEFENDANT